IN THE UNITED STATES DISTRICT COURT FOR THE **FILED**
NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

00 DEC 12 PM 1:44

U.S. DISTRICT COURT
N.D. OF ALABAMA

**ENTERED**

DEC 1 3 2000

RODNEY OGLESBY,                    )
                                   )
             Plaintiff,            )
                                   )
vs.                                )    CV 00-PWG-2701-S
                                   )
COMMISSIONER MIKE HALEY            )
and WARDEN BILLY MITCHEM,          )
                                   )
             Defendants.           )


<u>MEMORANDUM OF OPINION</u>

The magistrate judge filed a report and recommendation on November 16, 2000, recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b). No objections have been filed.

Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the magistrate judge's report is due to be and is hereby ADOPTED and the recommendation is ACCEPTED.  Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b).  A Final Judgment will be entered.

DATED this __12th__ day of __December__, 2000.

UNITED STATES DISTRICT JUDGE